STEVEN ENGLANDER, ESQ.
ATTORNEY FOR PLAINTIFF, MARYA SALAH SALEH
29 HOPKINS AVENUE
SAN FRANCISCO, CALIFORNIA 94131
PH.: (415) 824-2929
FAX: (415) 824-4343
E-mail: Englander@immigrationbusinesslaw.com
CALIFORNIA STATE BAR #42791

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYA SALAH SALEH,<br><br>PLAINTIFF,<br><br>VS.<br><br>MICHAEL B. MUKASEY, UNITED STATES ATTORNEY GENERAL;<br><br>MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY;<br><br>EMILIO T. GONZALEZ, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES;<br><br>ROSEMARY MELVILLE, DISTRICT DIRECTOR, SAN FRANCISCO, U.S. CITIZENSHIP AND IMMIGRATION SERVICES;<br><br>ROBERT S. MUELLER, III, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION,<br><br>DEFENDANTS. | CIVIL NO. CV 08 1960<br><br>COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION UNDER 8 U.S.C.A. §1447(b)<br>USCIS NO.: A 075 692 398<br><br>E-filing |

Plaintiff, MARYA SALAH SALEH, by and through her undersigned Attorney, STEVEN ENGLANDER, ESQ., complaining of Defendants and each of them, alleges as follows:

   1. Plaintiff is an individual and resident of the United States who resides within the jurisdiction of this Court. Plaintiff's claim to Naturalization arises under

-1-

COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION

1 | 8 U.S.C.A.§1447(b).

2. ROSEMARY MELVILLE, one of the Defendants herein, hereinafter referred to as "MELVILLE", is the District Director of the United States Citizenship and Immigration Services, San Francisco, California, and is sued herein in her official capacity, representing said agency of the Federal Government, which is responsible for either the granting or denial of N-400 Naturalization Applications filed within the San Francisco USCIS District, pursuant to 8 U.S.C.A. §1421, 8U.S.C.A §1427, 8CFR §103.1(g)(2)(ii), 8CFR §310.2 and 8CFR §316.3.

3. The remaining named Defendants, MICHAEL B. MUKASEY, UNITED STATES ATTORNEY GENERAL; MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; EMILIO T. GONZALES, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; ROBERT S. MUELLER, III, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, are also sued herein in their respective official capacities and each represents Federal Governmental Agencies having a direct interest in this matter.

4. The Court has jurisdiction of this action pursuant to 8 U.S.C.A. §1447(b) and 28 U.S.C.A. §2201.

5. On or about January 31, 2005, Plaintiff submitted an N-400 Application for Naturalization to the then District Director, San Francisco, United States Citizenship and Immigration Services, currently headed by Defendant MELVILLE.

6. On or about December 25, 2007, Plaintiff reentered the United States after a temporary visit abroad; however, she was issued Deferred Inspection and required to report to the United States Citizenship and Immigration Service for inspection. Plaintiff successfully passed said Deferred Inspection and was officially granted reentry into the United States accordingly.

7. Subsequent to the foregoing filing of Plaintiff's N-400 and the most recent Deferred Inspection which occurred on or about January 14, 2008, Plaintiff has not received any further communication from any of the Defendants herein.

COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION

8. More than 120 days have passed since the initial interview conducted of Plaintiff by either Defendant MELVILLE or her designated agent, and Defendant MELVILLE has of this date has made no decision whatsoever as to Plaintiff's N-400 Application.

9. Defendant MELVILLE's failure to make a determination on Plaintiff's N-400 Application within the 120-day statutory period allows Plaintiff to bring the matter to the Court for a hearing pursuant to 8U.S.C.A. §1447(b).

10. Plaintiff desires a judicial determination as to her N-400 Naturalization Application and a declaration that she is entitled to be Naturalized as a citizen of the United States.

WHEREFORE, Plaintiff prays that:

1. The Court will hear Plaintiff's case and render a declaratory judgment that she is entitled to be Naturalized; and

2. The Court will grant such further relief as may be just, lawful and equitable in the premises.

## CERTIFICATION

I hereby certify, under penalty of perjury, according to the laws of the United States of America, that the foregoing is true and correct in all respects and makes this certification on behalf of Plaintiff, who is temporarily absent from the United States.

Dated: April 14, 2008

STEVEN ENGLANDER
ATTORNEY FOR PLAINTIFF,
MARYA SALAH SALEH

-3-
COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION