1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 |
Attorneys for Defendants
8 |
UNITED STATES DISTRICT COURT
9 |
NORTHERN DISTRICT OF CALIFORNIA
10 |
OAKLAND DIVISION

MARYA SALAH SALEH,

     Plaintiff,

     v.

MICHAEL B. MUKASEY, United States Attorney General;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;
ROSEMARY MELVILLE, District Director, San Francisco U.S. Citizenship and Immigration Services;
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation;

     Defendants.

No. C 08-1960 SBA

**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER**

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about April 14, 2008, and Defendants' response is due on June 24, 2008.

    2. Pursuant to this Court's April 14, 2008 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on July 16, 2008, and attend a case management conference on July 23, 2008.

Stipulation for Extension
C 08-1960 SBA

1    3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | July 30, 2008 |
| Last day to file Joint ADR Certification: | August 6, 2008 |
| Last day to file/serve Joint Case Management Statement: | August 20, 2008 |
| Case Management Conference: | August 27, 2008, at _____ |

Date: June 20, 2008                                   Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants



_____/s/_____
Date: June 20, 2008                                   STEVEN ENGLANDER
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SAUNDRA B. ARMSTRONG
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation for Extension
C 08-1960 SBA