| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MARYA SALAH SALEH, | ) | |
| Plaintiff, | ) ) | No. C 08-1960 SBA |
| v. | ) ) | |
| MICHAEL B. MUKASEY, United States Attorney General;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>ROSEMARY MELVILLE, District Director, San Francisco U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; | ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| Defendants. | ) ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about April 14, 2008, and Defendants' response is due on June 24, 2008.

2. Pursuant to this Court's April 14, 2008 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on July 16, 2008, and attend a case management conference on July 23, 2008.

Stipulation for Extension
C 08-1960 SBA

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | July 30, 2008 |
| Last day to file Joint ADR Certification: | August 6, 2008 |
| Last day to file/serve Joint Case Management Statement: | August 20, 2008 |
| Case Management Conference: | September 3, 2008, at 3:30 p.m. |

The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Date: June 20, 2008                           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

                                              _____/s/_____
Date: June 20, 2008                           STEVEN ENGLANDER
                                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  7/1/08                                 *Saundra B Armstrong*
                                              SAUNDRA B. ARMSTRONG
                                              United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation for Extension
C 08-1960 SBA