| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MARYA SALAH SALEH, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 08-1960 SBA |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, United States | ) | **STIPULATION TO DISMISS;** |
| Attorney General; | ) | **and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| EMILIO T. GONZALEZ, Director, | ) | |
| U.S. Citizenship and Immigration Services; | ) | |
| ROSEMARY MELVILLE, District Director, | ) | |
| San Francisco U.S. Citizenship and Immigration | ) | |
| Services; | ) | |
| ROBERT S. MUELLER, III, Director, Federal | ) | |
| Bureau of Investigation; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services agrees to adjudicate Plaintiff's application for naturalization within 30 days of the dismissal of this action, provided the petitioner does not commit a disqualifying act in the interim.

///

///

Stipulation to Dismiss
C 08-1960 SBA

1 | Each of the parties shall bear their own costs and fees.

2

3 | Date: July 11, 2008             Respectfully submitted,

JOSEPH P. RUSSONIELLO
4 | United States Attorney

5

    /s/
6 | ILA C. DEISS[1]
Assistant United States Attorney
7 | Attorneys for Defendants

8

    /s/
9 | Date: July 11, 2008             STEVEN ENGLANDER
10 | Attorney for Plaintiff

11
**ORDER**
12
Pursuant to stipulation, IT IS SO ORDERED.
13

14 | Date:

SAUNDRA B. ARMSTRONG
15 | United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Dismiss
C 08-1960 SBA