JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARYA SALAH SALEH,      ) | |
|           ) | |
|       Plaintiff,   ) | No. C 08-1960 SBA |
|           ) | |
|       v.      ) | |
|           ) | |
| MICHAEL B. MUKASEY, United States  ) | **STIPULATION TO DISMISS;** |
| Attorney General;      ) | **and ORDER** |
| MICHAEL CHERTOFF, Secretary,   ) | |
| Department of Homeland Security;   ) | |
| EMILIO T. GONZALEZ, Director,   ) | |
| U.S. Citizenship and Immigration Services;  ) | |
| ROSEMARY MELVILLE, District Director,  ) | |
| San Francisco U.S. Citizenship and Immigration  ) | |
| Services;      ) | |
| ROBERT S. MUELLER, III, Director, Federal  ) | |
| Bureau of Investigation;    ) | |
|           ) | |
|       Defendants.  ) | |
| _____ ) | |

     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

action without prejudice because the United States Citizenship and Immigration Services agrees to

adjudicate Plaintiff's application for naturalization within 30 days of the dismissal of this action,

provided the petitioner does not commit a disqualifying act in the interim.

///

///

Stipulation to Dismiss
C 08-1960 SBA

1    Each of the parties shall bear their own costs and fees.

2
Date: July 11, 2008                                    Respectfully submitted,
3
                                                       JOSEPH P. RUSSONIELLO
4                                                      United States Attorney

5
                                                       _____/s/_____
6                                                      ILA C. DEISS[1]
                                                       Assistant United States Attorney
7                                                      Attorneys for Defendants

8

9                                                      _____/s/_____
Date: July 11, 2008                                    STEVEN ENGLANDER
10                                                     Attorney for Plaintiff

11
                                    **ORDER**
12
      Pursuant to stipulation, IT IS SO ORDERED.
13

14   Date:  7/14/08                                    _Saundra B Armstrong_____
                                                       SAUNDRA B. ARMSTRONG
15                                                     United States District Judge

16

17

18

19

20

21

22

23

24

25

26   _____

27       [1]I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28   indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Dismiss
C 08-1960 SBA